# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2006-0689, <u>In the Matter of Kathleen Peterson and Warren E. Peterson</u>, the court on January 5, 2007, issued the following order:**

Motion to stay, to which no objection has been filed, is granted. The order requiring the appellant to pay the deposit for transcripts on or before January 2, 2007, is vacated, and proceedings in this court are stayed pending further order of this court. The appellant shall provide this court with a copy of any orders issued by the United States District Court for the District of New Hampshire on his Motion for Immediate Injunctive and Declaratory Relief or An Emergency Hearing within fifteen days of his receipt of such orders.

This order is entered by a single justice (Hicks, J.). <u>See</u> Rule 21(7).

**Eileen Fox,
Clerk**

Distribution:
Clerk, Brentwood Family Court  1998-M-0317
United States District Court
Mr. Warren E. Peterson
Patti Blanchette, Esquire
Jennifer Westover, Transcription Coordinator
Court Reporter
Transcript Recorder, Supreme Court
File