UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Warren E. Peterson

    v.                                               Civil No. 06-cv-424-SM

New Hampshire Supreme Court, Clerk, et al.

**REPORT AND RECOMMENDATION**

The plaintiff has failed to pay the necessary filing fee as ordered in the Court's order dated November 30, 2006 (document no. 4). The plaintiff was placed on notice that in the event he failed to pay the fee, the case would be referred to a judicial officer for dismissal without prejudice.

The plaintiff failed to meet the deadline set forth in the Court's order. It is recommended that this case be dismissed without prejudice. LR 4.4. Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Committee v. Gordon, 979 F.2d 11,

13-14 (1st Cir. 1992); United States v. Valecia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge

Date:   January 11, 2007

cc:     Warren E. Peterson, *pro se*
        New Hampshire State Prison, Inmate Accounts
        Bonnie S. Reed, Financial Administrator